Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16−23683−ABA
Chapter:  7
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Bernadette E Rosado
  606 Landis Avenue
  Bridgeton, NJ 08360

Social Security No.:
  xxx−xx−3979

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:        10/12/17
Time:        02:00 PM
Location:    Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Joseph Marchand, Trustee's Attorney

COMMISSION OR FEES
$3,708.00

EXPENSES
$145.08

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: September 8, 2017
JAN: dmb

                                                                    Jeanne Naughton
                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Bernadette E Rosado  
    Debtor

Case No. 16-23683-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 2   Date Rcvd: Sep 08, 2017  
                      Form ID: 137   Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.

```
db              #+Bernadette E Rosado,    606 Landis Avenue,    Bridgeton, NJ 08302-4830
acc              +Giuliano Miller & Co LLC,    Berlin Business Park,    140 Bradford Ave.,
                   West Berlin, NJ 08091-9216
acc              +Giuliano Miller & Co., LLC.,    Berlin Business Park,    140 Bradford Drive,
                   West Berlin, NJ 08091-9216
516519537        Capital One NA,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516291888        Comenity Bank,    PO Box 182789,    Columbus, OH 43218-2789
516291889        Credit COntrol LLC,    PO Box 100,    Hazelwood, MO 63042-0100
516291891        FAMS,    PO Box 469,    Woodstock, GA 30188-0469
516291892       +First Premier bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
516291893        Inspira,    PO Box 48274,    Newark, NJ 07101-8474
516291895        Lawrence Clinton MD,    1138 E Chestnut Ave,    Vineland, NJ 08360-5053
516291897       +Serenity Now,    357 Hiatt Dr,    Palm Beach Gardens, FL 33418-8221
516291898        State of New Jersey,    PO Box 295,    Trenton, NJ 08625-0295
516291899        State of New Jersey Division of Taxation,    Surcharge Violation Systems,    PO Box 4850,
                   Trenton, NJ 08650-4850
516291900        Toyota Motor Credit,    5005 N Rapids Blvd NW,    Cedar Rapids, IA 52411
516291901        Venus,    PO Box 659617,    San Antonio, TX 78265-9617
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty              +E-mail/Text: jdmarchand@comcast.net Sep 09 2017 00:57:11     Joseph Marchand, Esq.,
                   117-119 West Broad Street,    PO Box 298,    Bridgeton, NJ 08302-0228
smg               E-mail/Text: usanj.njbankr@usdoj.gov Sep 09 2017 00:56:35     U.S. Attorney,   970 Broad St.,
                   Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg              +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 09 2017 00:56:32     United States Trustee,
                   Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                   Newark, NJ 07102-5235
516291890         E-mail/Text: bknotice@erccollections.com Sep 09 2017 00:56:39     Enhanced Recovery,
                   8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516291894         E-mail/Text: bnckohlsnotices@becket-lee.com Sep 09 2017 00:56:05     Kohls,   PO Box 2983,
                   Milwaukee, WI 53201-2983
516291896         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2017 00:59:00
                   Pinnacle Credit Services,    PO Box 10497,    Greenville, SC 29603-0497
516520765         E-mail/PDF: resurgentbknotifications@resurgent.com Sep 09 2017 00:59:00
                   Pinnacle Credit Services LLC,    c/o Resurgent Capital Services,    PO Box 10587,
                   Greenville, SC 29603-0587
516460859         E-mail/Text: bnc-quantum@quantum3group.com Sep 09 2017 00:56:27
                   Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 8
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017                                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 08, 2017
                              Form ID: 137             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Joseph   Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
           jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Joseph   Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
          Moshe   Rothenberg    on behalf of Debtor Bernadette E Rosado moshe@mosherothenberg.com,
           alyson@mosherothenberg.com
                                                                           TOTAL: 4