Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
401 Market Street  
Camden, NJ 08102

Case No.: 16–23683–ABA  
Chapter: 7  
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
　Bernadette E Rosado  
　606 Landis Avenue  
　Bridgeton, NJ 08360

Social Security No.:  
　xxx–xx–3979

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Andrew B. Altenburg Jr. on:

DATE:　　　　October 26, 2017  
TIME:　　　　02:00 PM  
LOCATION:　　Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:　　　　$7750.00  
TOTAL DISBURSEMENTS:　　$88.32  
BALANCE ON HAND:　　　　$7661.68

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)  
Trustee, Joseph Marchand

COMMISSION OR FEES  
Fees: $1525.00

EXPENSES  
$59.98

The trustee's application to abandon the following property will be heard and acted upon:
NOTICE OF TRUSTEE'S FORMAL ABANDONMENT OF THE DEBTOR(S) BOOKS AND RECORDS

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: September 21, 2017
JAN: kvr

                                                                                  Jeanne Naughton
                                                                                   Clerk