UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Donna M. Miller, CPA/CFF, CIRA, CDBV
**GIULIANO MILLER & COMPANY, LLC**
Berlin Business Park
140 Bradford Drive
West Berlin, New Jersey 08091
(856) 767-3000
Accountants for Trustee, Joseph D. Marchand

**Order Filed on October 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 16-23683/ABA

Chapter 7

In re:

   Bernadette Rosado,

         Debtor.

Judge: Andrew B. Altenburg, Jr.

## ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC ACCOUNTANTS TO TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 12, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Bernadette Rosado |
| Case No: | 16-23683/ABA |
| Caption of Order: | **ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC, ACCOUNTANTS TO TRUSTEE** |

This matter having been opened to the Court by Giuliano, Miller & Company, LLC, Accountants to the Trustee ("Trustee"), upon application by the terms of which said attorneys sought an Order of this Court awarding first and final compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties, and upon cause shown:

**NOW, THEREFORE, IT IS ORDERED** that the firm of Giuliano Miller & Company, LLC, accountants to the Trustee herein, be and is hereby allowed first and final compensation for services rendered in the sum of $1,133.50 together with reimbursement of expenses in sum of $14.24, for a total allowance herein of $1,147.74.