UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ  08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

Order Filed on October 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | | |
|---|---|---|
| In Re: | : | Case No. 16-23686/ABA |
| Bernadette Rosado, | : | Final Hearing: |
| Debtor(s) | : | Judge:  Andrew B. Altenburg, Jr. |

**ORDER FOR PAYMENT OF COMPENSATION AND EXPENSES
TO ATTORNEY FOR CHAPTER 7 TRUSTEE**

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 12, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):   Bernadette Rosado
Case No:    16-23683/ABA

Upon consideration of Joseph D. Marchand, Esquire's Application for an Order for payment of Compensation and Expenses to the Attorney for Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT** Joseph D. Marchand, Esquire, as *ATTORNEY for CHAPTER 7 TRUSTEE*, is hereby awarded Compensation in the amount of $3,708.00 and shall be allotted Expenses in the amount of $145.08; for a total award of $3,853.08