|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Donna M. Miller, CPA/CFF, CIRA, CDBV<br>**GIULIANO MILLER & COMPANY, LLC**<br>Berlin Business Park<br>140 Bradford Drive<br>West Berlin, New Jersey 08091<br>(856) 767-3000<br>Accountants for Trustee, Joseph D. Marchand | **Order Filed on October 12, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: 16-23683/ABA<br><br>Chapter 7 |
| In re:<br><br>   Bernadette Rosado,<br><br>               Debtor. | Judge: Andrew B. Altenburg, Jr. |

# ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC ACCOUNTANTS TO TRUSTEE

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 12, 2017**

                                                          Honorable Andrew B. Altenburg, Jr.
                                                          United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Bernadette Rosado |
| Case No: | 16-23683/ABA |
| Caption of Order: | **ORDER AWARDING FIRST AND FINAL COMPENSATION TO GIULIANO, MILLER & COMPANY, LLC, ACCOUNTANTS TO TRUSTEE** |

This matter having been opened to the Court by Giuliano, Miller & Company, LLC, Accountants to the Trustee ("Trustee"), upon application by the terms of which said attorneys sought an Order of this Court awarding first and final compensation for services rendered herein; and the Court having reviewed the pleadings submitted, together with representations of the parties, and upon cause shown:

**NOW, THEREFORE, IT IS ORDERED** that the firm of Giuliano Miller & Company, LLC, accountants to the Trustee herein, be and is hereby allowed first and final compensation for services rendered in the sum of $1,133.50 together with reimbursement of expenses in sum of $14.24, for a total allowance herein of $1,147.74.

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 16-23683-ABA
Bernadette E Rosado                                             Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1            Date Rcvd: Oct 12, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db             #+Bernadette E Rosado,    606 Landis Avenue,    Bridgeton, NJ 08302-4830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
              Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joseph Marchand     on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
               jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Moshe Rothenberg     on behalf of Debtor Bernadette E Rosado moshe@mosherothenberg.com,
               alyson@mosherothenberg.com
                                                                                             TOTAL: 4