UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Joseph D. Marchand, Esquire
117-119 West Broad Street
PO Box 298
Bridgeton, NJ  08302
Trustee and Attorney for Chapter 7 Trustee
JM:5998

**Order Filed on October 12, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| In Re: | : | Case No. 16-23686/ABA |
|---|---|---|
| Bernadette Rosado, | : | Final Hearing: |
| Debtor(s) | : | Judge:  Andrew B. Altenburg, Jr. |

### ORDER FOR PAYMENT OF COMPENSATION AND EXPENSES
### TO ATTORNEY FOR CHAPTER 7 TRUSTEE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 12, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s):   Bernadette Rosado
Case No:    16-23683/ABA

---

Upon consideration of Joseph D. Marchand, Esquire's Application for an Order for payment of Compensation and Expenses to the Attorney for Chapter 7 Trustee, and good cause appearing therefore, it is hereby

**ORDERED THAT** Joseph D. Marchand, Esquire, as *ATTORNEY for CHAPTER 7 TRUSTEE*, is hereby awarded Compensation in the amount of $3,708.00 and shall be allotted Expenses in the amount of $145.08; for a total award of $3,853.08

United States Bankruptcy Court
District of New Jersey

In re:
Bernadette E Rosado
       Debtor

Case No. 16-23683-ABA
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin           Page 1 of 1           Date Rcvd: Oct 12, 2017
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 14, 2017.
db          #+Bernadette E Rosado,   606 Landis Avenue,   Bridgeton, NJ 08302-4830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                  TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 12, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
         Joseph   Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,
          jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
         Joseph   Marchand    jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
         Moshe   Rothenberg    on behalf of Debtor Bernadette E Rosado moshe@mosherothenberg.com,
          alyson@mosherothenberg.com
                                                                                                                                                            TOTAL: 4