UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on October 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bernadette E Rosado

| | |
|---|---|
| Case No.: | 16-23683 |
| Hearing Date: | 10/26/17 |
| Judge: | ABA |
| Chapter: | 7 |

# ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 26, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Exhibit F

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| In re: | : |
| Bernadette Rosado, | : |
| | : |
| Debtor(s) | : Case No. 121/16-23683/ABA |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this _____, day of _____, *2017*, upon consideration of the foregoing Application for Compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,525.00 is reasonable Compensation for the services rendered in this case by *JOSEPH D. MARCHAND, ESQUIRE,* Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $59.98 is reasonable for actual and necessary Expenses advanced by the Trustee; and that such sums are awarded to the Trustee.

By the Court,

Dated: _____    _____
United States Bankruptcy Judge