UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Order Filed on October 26, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Bernadette E Rosado

| | |
|---|---|
| Case No.: | 16-23683 |
| Hearing Date: | 10/26/17 |
| Judge: | ABA |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 26, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 16-23683-ABA    Doc 57    Filed 10/29/17    Entered 10/30/17 00:41:14    Desc Imaged
             Certificate of Notice    Page 2 of 3

Case 16-23683-ABA    Doc 66    Filed 05/29/19    Entered 05/29/19 10:14:22    Desc
  Unsigned Order Awarding Trustee's Compensation and Expenses    Page 1 of 1

Exhibit F

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

In re:                                       :
Bernadette Rosado,                           :
                                             :
Debtor(s)                                    :     Case No.  121/16-23683/ABA


ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES


    AND NOW, this _____, day of _____, *2017*, upon consideration of the foregoing Application for Compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,525.00 is reasonable Compensation for the services rendered in this case by *JOSEPH D. MARCHAND, ESQUIRE,* Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $59.98 is reasonable for actual and necessary Expenses advanced by the Trustee; and that such sums are awarded to the Trustee.


                              By the Court,


Dated: _____        _____
                                        United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Bernadette E Rosado  
    Debtor

Case No. 16-23683-ABA  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Oct 27, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2017.  
db          #+Bernadette E Rosado,   606 Landis Avenue,    Bridgeton, NJ 08302-4830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2017          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2017 at the address(es) listed below:  
       Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
        dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Joseph  Marchand    on behalf of Trustee Joseph  Marchand jdmarchand@comcast.net,  
        jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
       Joseph  Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com  
       Moshe  Rothenberg    on behalf of Debtor Bernadette E Rosado moshe@mosherothenberg.com,  
        alyson@mosherothenberg.com  
                                                                                              TOTAL: 4